> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
> December 16, 2020
> WILLIAM M. McCOOL, Clerk
> By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON DESIMAS,<br>JASON STANLEY,<br>RANDY SMITH, and<br>DANIEL DELBERT DORSON,<br><br>Defendants. | NO.   CR20-222 RAJ<br><br>**INDICTMENT** |

The Grand Jury charges that:

<u>**COUNT ONE**</u>

**(HATE CRIME)**

On or about December 8, 2018, in Snohomish County, within the Western District of Washington, JASON DESIMAS, JASON STANLEY, RANDY SMITH, and DANIEL DELBERT DORSON, each aiding and abetting one another, willfully caused bodily injury to T.S., a Black man, and did so because of T.S.'s actual and perceived race, by among other things, punching and kicking T.S. about the body and making racially derogatory comments about T.S.'s actual and perceived race.

Indictment/
*United States v. Jason DeSimas et al.,* - 1

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 2 and 249(a)(1).

## COUNT TWO

### (HATE CRIME)

On or about December 8, 2018, in Snohomish County, within the Western District of Washington, JASON DESIMAS, JASON STANLEY, RANDY SMITH, and DANIEL DELBERT DORSON, each aiding and abetting one another, willfully caused bodily injury to J.B, by striking J.B., and did so because of T.S.'s actual and perceived race, as alleged above in Count One.

All in violation of Title 18, United States Code, Sections 2 and 249(a)(1).

## COUNT THREE

### (HATE CRIME)

On or about December 8, 2018, in Snohomish County, within the Western District of Washington, JASON DESIMAS, JASON STANLEY, RANDY SMITH, and DANIEL DELBERT DORSON, each aiding and abetting one another, willfully caused bodily injury to A.D, by striking A.D., and did so because of T.S.'s actual and perceived race, as alleged above in Count One.

All in violation of Title 18, United States Code, Sections 2 and 249(a)(1).

## COUNT FOUR

### (FALSE STATEMENT)

On or about December 5, 2019, within the Western District of Washington, JASON DESIMAS knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter, that is, a criminal investigation being conducted within the Western District of Washington, by and within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States. Specifically, JASON DESIMAS falsely told a FBI Special Agent that during the assault of T.S. on December 8, 2018, neither he nor anyone else called T.S. a "n---er." In truth and in fact, as JASON DESIMAS then well knew, his statements to the FBI Special Agent were false, in that JASON DESIMAS and others called T.S. a "n---er"

Indictment/
*United States v. Jason DeSimas et al.,* - 2

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

before, during, and after the assault of T.S. on December 8, 2018, in Snohomish County, Washington.

All in violation of Title 18, United States Code, Section 1001.

## COUNT FIVE
## (FALSE STATEMENT)

On or about December 5, 2019, in the District of Idaho, JASON STANLEY knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter, that is, a criminal investigation being conducted within the Western District of Washington, by and within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States. Specifically, JASON STANLEY falsely told a FBI Special Agent that he was not present in Washington State during the weekend of December 8, 2018. In truth and in fact, as JASON STANLEY then well knew, his statements to the FBI Special Agent were false, in that JASON STANLEY was in Washington State during the weekend of December 8, 2018, when JASON STANLEY participated in the assault of T.S., J.B., and A.D. on December 8, 2018, in Snohomish County, Washington.

All in violation of Title 18, United States Code, Section 1001.

## COUNT SIX
## (FALSE STATEMENT)

On or about December 16, 2019, within the District of Oregon, RANDY SMITH knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter, that is, a criminal investigation being conducted within the Western District of Washington, by and within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States. Specifically, RANDY SMITH falsely told a FBI Special Agent that he had bloodied his knuckles during his arrest by law enforcement on December 8, 2018. In truth and in fact, as RANDY SMITH then well knew, his statements to the FBI Special Agent were false, in

Indictment/
United States v. Jason DeSimas et al., - 3

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that he had bloodied his knuckles prior to his arrest when he participated in the assault of T.S., J.B., and A.D. on December 8, 2018, in Snohomish County, Washington.

All in violation of Title 18, United States Code, Section 1001.

## COUNT SEVEN

### (FALSE STATEMENT)

On or about December 5, 2019, within the District of Oregon, DANIEL DELBERT DORSON knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter, that is, a criminal investigation being conducted within the Western District of Washington, by and within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States. Specifically, DANIEL DELBERT DORSON falsely told a FBI Special Agent that: (1) prior to his trip to Washington State on the weekend of December 8, 2018, he believed the purpose of the trip was to attend a "punk show" and that he did not know about the annual "Martyr's Day" memorial service for a white supremacist that was scheduled for that weekend, and (2) prior to the evening of December 7, 2018, DANIEL DELBERT DORSON did not have his own "flight jacket" (an article of clothing associated with membership in a white supremacist group) and instead was given someone's else "flight jacket" to wear during the weekend of December 8, 2018. In truth and in fact, as DANIEL DELBERT DORSON then well knew, his statements to the FBI Special Agent were false, in that: (1) prior to his trip to Washington State on the weekend of December 8, 2018, DANIEL DELBERT DORSON was aware of and planned to attend the "Martyr's Day" memorial service in Washington State, and (2) DANIEL DELBERT DORSON had already received and owned a "flight jacket" prior to traveling to Washington State in December 2018.

Indictment/
*United States v. Jason DeSimas et al.*, - 4

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

DATED: December 16, 2020

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

BRIAN T. MORAN
United States Attorney

ERIC DREIBAND
Assistant Attorney General

TODD GREENBERG
Assistant United States Attorney

CHRISTINE M. SISCARETTI
Trial Attorney
Criminal Section
Civil Rights Division

YE-TING WOO
Assistant United States Attorney

Indictment/
*United States v. Jason DeSimas et al.,* - 5