UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR20-222-RAJ |
| v. | DETENTION ORDER |
| DANIEL DORSON, | |
| Defendant. | |

Defendant is charged with three hate crimes pursuant to 18 U.S.C. §§ 2, 249(a)(1) and on count of false statement pursuant to 18 U.S.C. § 1001. On January 29, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 18-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as discussed herein, finds that there are no conditions or combination of conditions that will ensure the safety of the community if Defendant were released. Defendant is charged with violent crimes and has a history of violence, including assault second degree and assault fourth degree. Defendant also has a protection order

against him protecting a victim. The Court also finds that Defendant is a flight risk as he was previously charged as a fugitive from justice. Defendant has stipulated to detention without prejudice to raising the detention issue again with the Court.

Taken as a whole, the Court finds that Defendant presents a serious risk of flight and that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 29th day of January, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge