The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR20-222RAJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL AND PRETRIAL |
| DANIEL DELBERT DORSON, | ) | MOTIONS DATES |
| | ) | |
| Defendant. | ) | **NOTED FOR: March 5, 2021** |
| | ) | |

Defendant, DANIEL DELBERT DORSON, through Mazzone Law Firm, PLLC, Peter

Mazzone, pursuant to 18 U.S.C. § 3161(h)(7), respectfully requests a continuance of the trial

date from the current date of March 1, 2021, to a new date of December 6, 2021, as well as a

new pretrial motions deadline to October 29, 2021, and a motions in limine deadline of

November 12, 2021. The United States does not oppose this motion. We are requesting this

continuance for the following reasons: due to the continued courthouse closure under General

Order 18-20 until March 31, 2021, the ongoing logistical and public health challenges of

UNOPPOSED MOTION TO CONTINUE - 1

Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

conducting jury trials at the current time, and the need for the defendant to have additional time to prepare for trial and the filing of pretrial motions, Mr. Dorson asks the Court to vacate the current trial date and reschedule the trial to December 6, 2021.  Mr. Dorson suggests a new pre-trial motions due date of October 29, 2021, and a due date for the filing of motions in limine of November 12, 2021.

On the afternoon of March 6, 2020, Chief Judge Martinez issued General Order 01-20 to address the impact regarding the spread of Coronavirus Disease 2019 (COVID-19) within the Western District of Washington.  That Order states that interim guidance from the Centers for Disease Control and Prevention (CDC) and the recommendations from the Departments of Public Health for Seattle and King county all suggest that individuals at higher risk – including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people.  As a result, and consistent with those recommendations, that Order has directed the continuance of court proceedings, including trials, through a series of General Orders. The recent General Order 18-20 was issued on December 30, 2020, and extends the courthouse closure to March 31, 2021, along with the continuance of court proceedings, including jury trials.  Each of these orders acknowledges current public health concerns and guidance from public health officials that large gatherings should be avoided to stop the spread of the disease. Although the courthouse may reopen on April 1, 2021, it is anticipated that the backlog of trials scheduled since the initial closure on March 6, 2020, will take precedence over this case.

UNOPPOSED MOTION TO CONTINUE - 1

Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

1
2
3
4
5
6
7
8

Mr. Dorson is charged by Indictment with three counts of Hate Crime and one count of False Statement. To date, the defense has received 2300 pages of discovery on this case, as well as video recordings related to the charged hate crime offenses and audio recordings of interviews, and we expect to receive more in the future. In addition, we just recently began our defense investigation on the case and need additional time to prepare for trial. Finally, this is the first continuance sought in this case, and we believe it to be a realistic and practical one based on the amount of work that needs to be done.

9
10
11
12
13
14

The United States has agreed to this request for continuance and resetting of the trial date and pretrial motions due dates. Government counsel has advised that they have trials scheduled nearly every week from April to July, as well as trials scheduled in August and September. Due to their heavy trial calendar, a trial in this matter set prior to September will be challenging for the parties.

15
16
17
18
19
20
21
22

Mr. Dorson is detained at the Federal Detention Center at SeaTac. Due to the COVID-19 outbreak at FDC SeaTac in November and December 2020, and to curb further outbreaks, inmates have been limited in their ability to contact counsel by email and phone. Mr. Dorson anticipates that these limitations will continue, which will make it difficult for him to consult with regularity with counsel in reviewing discovery and preparing for trial. Mr. Dorson is prepared to file a speedy trial waiver as soon as he completes his quarantine at the Federal Detention Center should the court grant this motion.

23
24
25

For these reasons we are asking the Court to find that:

UNOPPOSED MOTION TO CONTINUE - 1

Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of March 1, 2021, and the new trial date of December 6, 2021 is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

Therefore, Mr. Dorson, through counsel, respectfully requests a continuance of the trial date to December 6, 2021, a new pretrial motions deadline of October 29, 2021, and motions in limine due date of November 12, 2021. Counsel further asks the Court to exclude the time period from the date of this motion to the new trial date for purposes of computing

UNOPPOSED MOTION TO CONTINUE - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

the time limitations imposed by the Speedy Trial Act. Mr. Dorson agrees with this request and

will be executing a speedy trial waiver which will be filed no later than March 10, 2021.

     Respectfully submitted this 25th day of February, 2021.


                               */s/ Peter Mazzone*
                               Peter Mazzone WSBA #25262
                               Attorney for Defendant


<u>CERTIFICATE OF SERVICE</u>

I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this ___
day of February, 2021, I electronically filed the foregoing pleading using the CM/ECF system
which provides service to all parties including the plaintiff party.


*/s/ Aleshia Johnson*
_____
Aleshia Johnson, Paralegal

UNOPPOSED MOTION TO CONTINUE - 1