1

2                                                    The Honorable Richard A. Jones

3

4                        UNITED STATES DISTRICT COURT

5                        WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
6

7   UNITED STATES OF AMERICA,            )
                                         )      NO. CR20-222RAJ
8              Plaintiff,                 )
                                         )      (PROPOSED) ORDER GRANTING
9       vs.                               )      UNOPPOSED MOTION TO
                                         )      CONTINUE TRIAL AND PRETRIAL
10  DANIEL DORSON,                        )      MOTIONS DATES
                                         )
11             Defendant.                 )
                                         )
12  _____ )

13          THE COURT has considered defense counsel's unopposed motion to continue the trial

14  date and pretrial motions deadline and finds that:

15           (a) taking into account the exercise of due diligence, a failure to grant a continuance

16  in this case would deny counsel for the defendant the reasonable time necessary for effective

17  preparation, due to counsel's need for more time to review the evidence, consider possible

18  defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §

19
    3161(h)(7)(B)(iv); and
20

21          (b) a failure to grant a continuance in this proceeding would likely result in a

22  miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

23

24

25  (PROPOSED) ORDER GRANTING UNOPPOSED
    MOTION TO CONTINUE TRIAL AND PRETRIAL
    MOTIONS DATES- 1
                                                        MAZZONE LAW FIRM, PLLC
                                                           3002 Colby Avenue, Suite 302
                                                                Everett, WA 98201
                                                              Tel (425) 259-4989
                                                              Fax (425) 259-5994

1    (c) the additional time requested is a reasonable period of delay, as the defendant has

2    requested more time to prepare for trial, to investigate the matter, to gather evidence material

3    to the defense, and to consider possible defenses; and

4    (d) the ends of justice will best be served by a continuance, and the ends of justice

5    outweigh the best interests of the public and the defendant in any speedier trial, as set forth in

6    18 U.S.C. § 3161(h)(7)(A); and

7

8    (e) the additional time requested between the current trial date of March 1, 2021 and

9    the new trial date is necessary to provide counsel for the defendant the reasonable time

10   necessary to prepare for trial, considering counsel's schedule and all of the facts set forth

11   above; and

12   (f) the period of delay from the date of this order to the new trial date is excludable

13   time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

14   IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to

15   December 6, 2021, and that pretrial motions shall be filed no later than October 29, 2021.

16

17   DATED this _____ day of February, in Seattle, WA.

18

19

20   _____

21   Judge Richard A. Jones
     UNITED STATES DISTRICT COURT

22

23

24

25

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DATES- 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

1

2   DONE this 25th day of February, 2021

3

4            */s/ Peter Mazzone*
                Peter Mazzone WSBA #25262

5                Attorney for Defendant

6

7

8

9

10         CERTIFICATE OF SERVICE

11

12 I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this 25th
day of February, 2021, I electronically filed the foregoing pleading using the CM/ECF system
which provides service to all parties including the plaintiff party.

13

14

15 */s/ Aleshia Johnson*
Aleshia Johnson, Paralegal

16 Mazzone Law Firm, PLLC
aleshiaj@mazzonelaw.com

17

18

19

20

21

22

23

24

25 (PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PRETIRIAL
MOTIONS DATES- 1