The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DELBERT DORSON,<br><br>Defendant. | Case No. CR20-222RAJ<br><br>ORDER GRANTING DEFENDANT DORSON'S MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEOCONFERENCE OR BY TELEPHONE CONFERENCE |

THE COURT, having reviewed the files and records related to Defendant Daniel Delbert Dorson's motion to proceed by videoconference or telephonically for entry of a guilty plea, hereby finds that further delays in the disposition of this case would result in serious harm to the interests of justice.

Therefore, the Court GRANTS the Motion (Dkt. # 68) and orders the parties to schedule a plea hearing to be conducted by videoconference or telephone conference before the criminal duty magistrate judge at a mutually agreeable date and time.

DATED this 23rd day of April, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1