Honorable Judge Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL DORSON, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR20-222-RAJ <br><br> DEFENDANT'S SENTENCING MEMORANDUM |

COMES now, the Defendant, by and through counsel, Peter Mazzone of the Mazzone Law Firm, and provides the information contained herein and attached hereto in mitigation of punishment.

**A. STATUS OF CASE**

Mr. Dorson entered a plea of guilty to Hate Crime and False Statements on April 29, 2021. His total offense level as calculated by Probation Officer Jackson is 19 which, coupled with a criminal history category of II, yields an advisory guideline range of 33-41 months

DEFENDANT'S SENTENCING
MEMORANDUM - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

incarceration.[1] Probation recommends a 36-month incarceration term for Mr. Dorson. The Government has not yet made its recommendation. Mr. Dorson has credit for roughly 5 months already served in custody and has been on GPS monitoring since his release from custody in May of 2021. For all the reasons listed below, Mr. Dorson should receive a sentence of time served with no additional incarceration time.

### B. OBJECTIONS TO THE PRESENTENCE REPORT

The initial presentence report was received in July of 2021.[2] There were several objections and clarifications to that report, and those have been incorporated into the final presentence report.

### C. DEFENSE RECOMMENDATION

#### 1) The Background

Mr. Dorson was born with the deck stacked against him. He was born to a mother addicted to methamphetamine and a father who had left her before he was born. Thereafter, he was tossed between a series of foster care homes until his grandparents finally assumed care for him at the tender age of five. Unfortunately, this failed to improve his circumstances because his grandfather died soon thereafter, and his grandmother and his uncle started sexually abusing him. By the age of 10, Mr. Dorson began telling his grandmother that he wanted to kill himself and, as a result, she had him placed into a mental institution. When he was released (six months later), she did not take him back in and, instead, Dorson lived in various foster care homes with intermittent periods of homelessness.

---

[1] The total offense level reduces to 19 after considering Mr. Dorson's letter of acceptance of responsibility which was not available to probation until recently. Also, Dorson's criminal history category is II (not III as initially reported by probation). As a result, his advisory guideline range is 33-41 months.

[2] Due to the COVID pandemic and other issues sentencing was continued several times.

DEFENDANT'S SENTENCING
MEMORANDUM - 2

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

His deplorable conditions continued until the age of eighteen, when he was incarcerated for 60 months in the Oregon State penitentiary after hitting a man with a skateboard. As Dorson tells it, he had finally started dating a girl who he liked, but they were both homeless and abusing drugs. One day, a man began harassing her and when she stood up to him, he became angry, and it seemed (to Dorson) as though he was abusing her. When he tried to protect his girlfriend, he got into a fight with the man and, fearing he might lose the fight, he hit him with the skateboard leading to substantial injuries. He was charged with felony assault, he was convicted, and he served 60 months for the assault.

2) **The Oregon Penitentiary**

When Mr. Dorson went to prison, he was a very young, naïve, and mentally unstable eighteen-year-old boy. As such, he was easy prey for the older, more savvy inmates at the institution. One of these men was Randy Smith.

As time went on, the two became friends, and Smith offered protection for Dorson. During their many talks, he introduced Dorson to Norse Paganism, Mein Kampf and other white supremacist inmates. Dorson also noticed that Smith hung out with the "skinheads," considered himself a "tread" (a traditional U.K. skinhead) and was derogatory toward immigrants, calling them "beaners." When Dorson hesitantly told Smith that he (Dorson) was from a "mixed" family, he was relieved when Smith told him not to worry because that was not his fault.

Dorson also noticed that Smith was a "shot-caller" at the penitentiary, and as time went on, Smith became Dorson's primary "back-up" and protector. In exchange, Dorson was expected to "jump-in" and support Smith and the other shot-callers if something went wrong.

DEFENDANT'S SENTENCING
MEMORANDUM - 3

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

It was primarily through Smith's protection that Dorson, being as young as he was, completed his sentence without suffering any major beatings. When it was time for Dorson's release, Randy Smith told Dorson exactly who to "hook up" with on the outside so that he could survive on the streets. Accordingly, Dorson's introduction to the white supremacy lifestyle was borne out of survival in prison, and necessity once outside of prison, and not due to sincerely held beliefs of hatred on his part.

3) **The Recking Room**

Dorson was released from custody in 2018 at the age of 23. Not knowing anyone on the outside, Dorson kept in touch with Smith and got together with him from time to time. He attended a punk rock concert with Smith in Sacramento, they also went fishing together in Corvallis on a few occasions, and also met up for Veteran's Day in Washington to attend a "Norse God" party. It was there that Dorson noticed that many of the people attending the party, including Smith, were wearing Bomber-type jackets with white supremacist patches on them. During these get togethers, Smith would often talk to Dorson about the "Crew-38." Smith would also ask Dorson for money for "band shows" for the Crew-38, and eventually gave him one of the bomber-jackets associated with the Crew-38 and a shirt with a wolf on it that said "Crew-38 supporter." It was at this point that Dorson considered himself a Crew-38 hang-around, simply out of loyalty to Smith, and noticed that most of the people he was meeting were fixated on recruiting others to join their group. It was also at this time that Smith told him to "keep it to himself that he was dating a Spanish chick."

In December of 2018, Smith invited Dorson to accompany him to Whidbey Island, Washington, to attend a punk rock party and a "Martyr's Day" ceremony in honor of Robert J.

DEFENDANT'S SENTENCING
MEMORANDUM - 4

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

Matthews, a white supremacist who was had been killed on Whidbey Island years earlier. Feeling obligated to Smith, Dorson agreed to go with him. The two left Oregon and made their way to an apartment in Lynnwood, Washington. Dorson didn't recognize anyone in the apartment except a tattoo artist known as Jason that Smith had recently introduced him to. As the night progressed, the tattoo artist told everyone that they were going to the Recking Room, an "unfriendly bar" in Lynnwood, to have a few drinks. Following that announcement, two carloads of people drove to the bar. Dorson went along with the group and rode with Smith and some of Smith's friends to the bar. He had never been to that bar before.

### 4) The Fight

Dorson walked into the Recking Room with about twelve other Crew-38 members and supporters on the night of December 7, 2018. Whereas most of them were being loud and belligerent on the bar's dance floor, video footage shows Dorson standing in a corner by himself. Eventually some of the Crew-38 members began touching and handling the disc-jockey's music equipment while the disc jockey (a black man) had gone outside to smoke a cigarette. Whether they did this to provoke a response from the jockey, or whether they did this because they were intoxicated, is unknown. What is clearly obvious from the available video footage is that once the disc jockey returned and confronted the group, they quickly surrounded him, yelled racial slurs at him, and started hitting him. The fight soon turned into a brawl with many people on the fray jumping in. Dorson, feeling compelled to join or otherwise be assaulted himself, was one of those people who jumped in. As a result of this attack, the disc jockey was injured.

DEFENDANT'S SENTENCING
MEMORANDUM - 5

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

It was not until two years later, on December 16, 2020, that Mr. Dorson was indicted in the Western District of Washington. He was subsequently arrested on a warrant in the District of Oregon on December 18, 2020, and brough to the Federal Detention Center in SeaTac, WA.

### 5) The Aftermath

Once in custody, Dorson immediately cooperated fully with authorities and explained the circumstances which led him to the Recking Room and his participation in the brawl that night. He accepted full responsibility for his participation and pled guilty on April 29, 2021. Notably, this acceptance of responsibility occurred only a few months after he was originally indicted. He was released pending sentencing and has remained on GPS monitoring for the last 21-months. During this time, Mr. Dorson has changed his entire lifestyle in spectacular fashion, and has become a new person. He is now sober, employed, engaged in mental health counseling, and involved in a healthy relationship.

Dorson now attends individual counseling sessions with Ms. Bogdanovic from the Benton County Health Department Clinic (Appendix 1). He also receives psychiatric care from Dr. Dark and has consistently maintained his regularly scheduled appointments. *Id.* Since his release from the Federal Detention Center in SeaTac, he has made consistent progress managing his mental health, specifically focusing on any anger and irritability. *Id.*

Despite tough economic times, his status as a convicted felon, and particularly the recent volatility in the restaurant industry because of COVID, Dorson has remained fully employed since his release. For example, after being discharged from his job at the Big River Bakery due to his legal status (Appendix 2), he landed a job at the Magenta restaurant in Corvallis,

DEFENDANT'S SENTENCING
MEMORANDUM - 6

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

Oregon. When the COVID pandemic caused him to lose that job, he found another job at College Chefs – a company in Corvallis that caters to fraternities and sororities (Appendix 3). Then, when collapsing enrollment at college campuses led to his termination from College Chefs, he quickly secured another job at Applebee's (Appendix 4). In short, he has remained determined and persistent in securing employment.

Dorson has also been very diligent in maintaining his sobriety, as evidenced by his progress in the Milestones Outpatient Program (Appendix 5). He has remained sober for the last two years and there is no indication that he will waiver from his long-term commitment to remain drug and alcohol free. Due to his continued successes, it is not surprising that his relationship with his significant other, Sara Spreadbury, continues to grow in a positive direction (Appendix 6).

The people that know Dorson best have never believed that he deliberately set out to join, or be part of, a white supremacist group. Past co-workers, landlords and friends alike all express surprise when they learn of his short-lived association with the Crew-38 group. None of his friends or acquaintances ever got the impression that Dorson was a "hater" or ever observed him behave in a way that would indicate that he was a racist person (Appendix 7).

For his part, Dorson is sincerely contrite and remorseful about his past conduct. (Appendix 8). In retrospect, Mr. Dorson realizes that he had mental health and drug problems that he simply failed to address in a timely fashion. Once incarcerated, he quickly realized that he needed protection in prison given his vulnerability and very young age. It was for this reason that he befriended Smith, an experienced and well-respected shot caller. He now

DEFENDANT'S SENTENCING
MEMORANDUM - 7

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

realizes that while receiving protection from Smith, he was also being manipulated and groomed by him to join the Crew-38 folks.

Ultimately, Dorson recognized the group for what it was, and once he removed himself from them, he cooperated fully with the authorities, quickly accepted responsibility for his involvement, turned his life around, and has never looked back since. Given his unique background and history, Mr. Dorson's current positive strides in life are beyond spectacular. Mr. Dorson needs no further punishment, as any additional prison time would only disrupt his remarkable progress towards rehabilitation.

### D. CONCLUSION

For the foregoing reasons, we urge the Court to sentence Mr. Dorson to credit for time served with any and all other conditions the Court deems necessary.

Respectfully submitted this 20th day of January, 2023

/s/ Peter Mazzone
Peter Mazzone WSBA #25262
Attorney for Defendant

DEFENDANT'S SENTENCING
MEMORANDUM - 8

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) and persons of record. I hereby certify that I have served all non CM/ECF participants via United States Postal Service.

/s/ Andi Hammond

Andi Hammond
Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
425.259.4989 (voice)
425.259.5994 (fax)
andih@mazzonelaw.com

DEFENDANT'S SENTENCING
MEMORANDUM - 9

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994