# APPENDIX 2

# Report on Investigation re: Witness Kayla West

## C. WARNESS INVESTIGATION

---

**REPORT ON INVESTIGATION**
**CONFIDENTIAL**

| | |
|---|---|
| **DATE of ROI:** | February 20, 2021 |
| **FROM:** | Colleen Warness, Investigator |
| **TO:** | Peter Mazzone, Attorney |
| **DEFENDANT:** | **DANIEL DELBERT DORSON**<br>US DC-Western Division-Washington<br>CR20-222RAJ |
| **WITNESS:** | **KAYLA WEST**<br>Big River Bakery<br>101 NW Jackson Avenue<br>Corvallis, OR 97331<br>541.751.7959<br>February 20, 2021<br>Phone contact |

KAYLA WEST is employed as the manager of Big River Bakery. As such, KAYLA has been the immediate supervisor of DANIEL DELBERT DORSON, whom she refers to as DEL. He had been working at the bakery for approximately six (6) months prior to his arrest.

KAYLA describes DEL as happy and friendly. He is a great worker, is consistently punctual, and is always willing to help. DEL is well-liked and respected by fellow employees. He is easy-going and non-aggressive in nature. DEL's trademark is his rainbow suspenders. His normal shift was 5:00 pm to 1:00 am.

DEL was open about both his past and his struggles. DEL often told KAYLA about the progress he was making through mental health counseling and kept KAYLA current about adjustments to his medication should his energy level be affected.

KAYLA was advised of DEL's arrest via a phone call from a previous employee, EMMA. DEL wanted KAYLA to know he would not make it to work that evening.

KAYLA denied ever observing specific clothing, actions and/or demeanors, or hearing verbal comments or statements from DEL indicative of someone espousing white supremacy ideals, racial prejudice, or hatred of any group or class of people.

February 22, 2021
Page 2

KAYLA read about the incident and resulting charges in the media. She does not believe the allegations claiming DEL is a member of any white supremacy group.

Due to the media's negative coverage of the incident and DEL's arrest, owners of the bakery have declined to rehire DEL should he be released. KAYLA stated their decision is not due to DEL's work history. She feels confident however that DEL will find employment elsewhere based on his strong work ethic and his positive interactions with others.

End of ROI
C. Warness