# APPENDIX 3

# Letter from College Chefs



08/26/2022

Dear DORSON, DANIEL DELBERT

We want to start by thanking you for all of the hard work and commitment you demonstrated this year for College Chefs. You will be paid for your time worked through 06/11/2022. Please note that if you are eligible for unemployment benefits, please wait to apply for unemployment until after 06/11/2022

Please note: If you have health insurance, your coverage will continue throughout the summer and end on August 31, 2022. Open enrollment for next year's benefits will begin in August. You will receive emails with more information as it approaches. If you were contributing to the 401k, there will be no contributions made over the summer. Contributions will start again beginning with your first check in the fall.

It is with great pleasure that College Chefs invites you to return to the College Chefs at the position of Sous Chef at Delta Gamma - Oregon State. You will be reporting to Dykstra, Kim (kdykstra) Regional Executive Chef, and your anticipated Fall 2022/2023 return date is scheduled for 09/12/2022

This is a full-time non-exempt salaried position that is eligible for overtime pay after 40 hours in a workweek (Please note: In California, the overtime rate applies to hours worked over eight hours in a day).

We are offering you $772.50 per week salary which includes **50 hours** (i.e. 40 hours regular; 10 hours overtime) per week, paid biweekly. Please note that your first week and last week of employment for the academic season will be prorated based on your days worked.

Full-time employees are eligible for health, dental and vision benefits, sick leave, paid academic breaks (excluding summer), maternity/paternity leave and a 401(k) plan.

Please indicate your acceptance of our offer. If you have any questions about this offer, please feel free to contact Dykstra, Kim (kdykstra). We look forward to continuing to have you as part of our team and believe you will find this opportunity both challenging and rewarding.

Sincerely,
Dykstra, Kim (kdykstra)

I have read and understood the provisions of this offer of employment, and I accept the above job offer. I understand that my employment with College Chefs is considered at will, meaning that either the company or I may terminate this employment relationship at any time with or without cause or notice.

DORSON, DANIEL DELBERT

nh_72777626971ee9a6d4
*Daniel D Dorson*

411 E. Park St. | Ste. 100 | Champaign, IL 61820