# APPENDIX 4

# Email from Applebee's

**Peter Mazzone**

| | |
|---|---|
| **From:** | delbertdorson95 <delbertdorson95@gmail.com> |
| **Sent:** | Friday, January 6, 2023 11:58 PM |
| **To:** | Peter Mazzone |
| **Subject:** | FW: Proof of employment & Acountability Letter |
| **Attachments:** | Court Letter for Sentencing.pdf |

I just got the proof of employment tonight. I added my letter so they would be both in one place.

-------- Original message --------
From: "Corvallis (2106024) (8424)" <corvallis@appleamerican.com>
Date: 1/6/23 9:24 PM (GMT-08:00)
To: delbertdorson95@gmail.com
Subject: Proof of employment

To whom it may concern: Daniel Delbert Dorson has been employed by Applebee's in Corvallis since 12/22/22 at $17.50 per hour, and his continued employment is expected. If you have any questions feel free to contact me, Jeff Franzoia, at 541-758-2204. Thank you.

1