# APPENDIX 6

# Letter from Sara Spreadbury

**Peter Mazzone**

| | |
|---|---|
| From: | sara <spreadbury.sara14@gmail.com> |
| Sent: | Thursday, January 19, 2023 4:03 PM |
| To: | Peter Mazzone |
| Subject: | Letter of Character for Daniel Dorson |

Sara Spreadbury

Corvallis, Oregon 97330

January 7, 2023

To whom it may concern.

    I have known and been in a relationship with Daniel for three years. All the time I have known him he has proved himself to be an honest, hardworking, trustworthy individual. Daniel has been nothing but kind and eager to help. His many great qualities have helped push me to be a better more well-rounded person. He has also made great strides working towards his goal of becoming a chef.

    Daniel is currently working as a chef at Applebee's. We live in Corvallis Oregon with our puppy Eevee at 755 NW 23rd Street apartment 3D. Daniel has a great relationship with all his neighbors and enjoys cooking for them often. He has a big heart and takes care of the people around him.

    All the years I have known Daniel, I have never known him to hold any form of prejudice towards another person. Daniel possesses the determination to continue on the positive path he has built for himself. He surrounds himself with peers who are responsible, and good influences. I can confidently say that if given the chance he will continue improving himself and making me proud.

Sent from Mail for Windows

1