# APPENDIX 7

# Reports on Investigation

# C. WARNESS INVESTIGATION

**REPORT ON INVESTIGATION**
**CONFIDENTIAL**

| | |
|---|---|
| **DATE of ROI:** | **February 20, 2021** |
| **TO:** | Peter Mazzone, Attorney |
| **FROM:** | Colleen Warness, Investigator |
| **DEFENDANT:** | **DANIEL DELBERT DORSON** |
| | US DC-Western Division-Washington |
| | CR20-222RAJ |
| **WITNESS:** | **KATY GIANNINI** |
| | Corvallis, OR 97331 |
| | 541.740.6690 |
| | February 20, 2021 |
| | Phone contact |

KATY GIANNINI has known DANIEL DELBERT DORSEN for approximately 1.5 years. KATY and DEL first met as coworkers at the Philomath Blvd Safeway store in Corvallis. They formed a friendship which continued after KATY left Safeway in April 2020.

KATY characterized DEL as a very nice, respectful, and polite. DEL is always willing to be of help to others. KATY also shares a friendship with DEL's girlfriend, SARA SPREADBURY. She described both DEL and SARA together as "great people" and "I love them both." They frequently socialized and hung together in a small group of friends or at DEL and SARA's apartment.

A few months before DEL was taken into custody, KATY's life "moved in a different direction" so contact with DEL and SARA waned. Even so, KATY denies any opinion that DEL was "anything but a good guy." He never made disparaging comments about other people no matter their race, gender, or lifestyle. KATY denies even the slightest impression DEL was racist, a member of any hate group, or sought aggression against people of color. The media's portrayal of DEL is not the person KATY knows.

End of ROI
C. Warness

# C. WARNESS INVESTIGATION

---

**REPORT ON INVESTIGATION**
**CONFIDENTIAL**

| | |
|---|---|
| **DATE of ROI:** | February 25, 2021 |
| **TO:** | Peter Mazzone, Attorney |
| **FROM:** | Colleen Warness, Investigator |
| **DEFENDANT:** | **DEL DELBERT DORSON**<br>US DC-Western Division-Washington<br>CR20-222RAJ |
| **WITNESS:** | **JURIE LEWIS**<br>REAL ESTATE BY JURY<br>4002 SE 145th Place<br>Portland, OR 97236-2278<br>503.762.0602<br>February 21, 2021 Via Zoom |

JURY LEWIS met DEL DELBERT (DEL) DORSON in May 2018 when he responded to her Craigslist post offering a room for rent in her home. JURIE described the living situation as "house sharing." DEL was very honest and upfront about his criminal history and provided good references.

DEL always got along well with JURIE, her two minor children, and the other tenant, GARY. DEL and GARY most often shared meals with the family. JURIE remembers DEL had a girlfriend who lived on a farm in nearby Corbet, Oregon who would visit on occasion. JURIE denies feeling concerned about any person DEL may have invited to the property.

JURIE believes DEL was working at "some sort of factory job." The location was not convenient to their home and DEL left the position to search for other employment. In lieu of rent DEL built a chicken coop for JURIE, something she had wanted and was happy to have DEL build. She commented the coop is still standing today.

When the subject of DEL's current charges arose, JURIE reacted with surprise and immediately stated, "We are a black family. I have black children." She reiterated DEL was very kind and respectful to her and her children as well as any other individual she observed DEL in contact with. DEL was even nice to the family dog. JURIE explained "when people hate, they are mean to animals and mean to women… DEL was not. I saw nothing that gave me the impression DEL was a hater."

End of ROI
C. Warness

## C. WARNESS INVESTIGATION

**REPORT ON INVESTIGATION**
**CONFIDENTIAL**

| | |
|---|---|
| **DATE of ROI:** | February 27, 2021 |
| **TO:** | Peter Mazzone, Attorney |
| **FROM:** | Colleen Warness, Investigator |
| **DEFENDANT:** | **DANIEL DELBERT DORSON**<br>US DC-Western Division-Washington<br>CR20-222RAJ |
| **WITNESS:** | **GABE SHEETS**<br>812.259.2734<br>February 20, 2021<br>In-Person Interview |

GABE SHEETS met DANIEL DELBERT DORSON when DEL was employed at Safeway. GABE and DEL became friends and maintained contact after DEL began working at the bakery.

GABE has never met, nor has he heard, the name RANDY SMITH. GABE does not know any of DEL's friends outside of their circle. DEL is a person who "knows a lot of people but only has four good friends." GABE has met DEL's girlfriend, SARA. She is nice and appears to be a quiet person. GABE knows DEL and SARA spend a lot of time together.

When asked if DEL was aggressive in nature, GABE responded, "No, actually much the opposite." DEL shies away from conflict and is always respectful to others. DEL is outgoing and caring. GABE has never heard DEL use racial slurs or derogatory names when talking about others. GABE remembers DEL told him, "Don't say that," when GABE used the "N" word while rapping along with a song.

GABE describes himself as a "past addict" and believes his experience in the drug culture taught him to identify positive and negative traits in other people. Had DEL exhibited negative traits, GABE would have not associated with DEL nor would he have invited DEL into his family home.

DEL would often bring cookies to GABE's children when the bakery overbaked. DEL spent Christmas 2020 with GABE, his wife, and their children.

GABE is aware that DEL's childhood was "not ideal." DEL has shared a little about his past and confided he has done some "stupid things. DEL cares about what people think about him, especially when judged on his past. DEL has been working hard to move forward in a positive manner. DEL was highly embarrassed when law enforcement appeared at work to execute an arrest warrant.

February 27, 2021
Page 2

Upon hearing DEL's charges, GABE was stunned. "It totally blew my mind." The media has dredged up DEL's past. News outlets have falsely depicted DEL as a white supremacist and therefore the public believes DEL is "guilty by association."

DEL has never exhibited any behavior GABE would reasonably expect from a racist or hater. GABE has never heard of any indication that DEL was involved in white supremacy from any other individual.

End of ROI
C. Warness

## C. WARNESS INVESTIGATION

---

**REPORT ON INVESTIGATION**
**CONFIDENTIAL**

**DATE of ROI:**     February 28, 2021

**TO:**     Peter Mazzone, Attorney
**FROM:**     Colleen Warness, Investigator

**DEFENDANT:**     **DANIEL DELBERT DORSON**
US DC-Western Division-Washington
CR20-222RAJ

**WITNESS:**     **SARA SPREADBURY**
2415 NW. Taylor Ave.
Corvallis, OR 97 331
503.420.9521
February 20, 2021
In-person Interview

SARA SPREADBURY has known DANIEL DELBERT (DEL) DORSON since October 2019. They have been in an intimate dating relationship for the majority of time since. SARA and DEL met while DEL was working at Safeway. Because SARA work nearby, she and DEL synchronized their scheduled breaks and spent that time getting to know each other.

As SARA and DEL began to share information about their lives, SARA researched any information about DEL that she could find online. When asked why anyone would get the impression that DEL was a white supremacist, SARA responded, "He was in the wrong place at the wrong time." SARA denies ever witnessing any behavior on DEL's part or hearing any statements from DEL that would cause SARA to be concerned or cause her to suspect DEL was a racist or white supremacist.

SARA is confident that she knows DEL very well. They spend the bulk of their free time together. DEL has been open about his life, his family, and his struggles. SARA has met MORGAN, DEL's sister, and SARA and MORGAN speak on the phone or text often. SARA is aware that DEL had a tumultuous childhood. MORGAN "is there for DEL" and has shown she will do whatever she can to help.

SARA and DEL enjoy socializing with a small group of friends. One couple they have spent time with are MITCHELL "BUCHI" ASEMOTA and his girlfriend, BELLA. BUCHI is a cofounder of the group OurStreetsPDX.org, a nonprofit organization whose volunteers prepare and deliver food and clothing to the Portland homeless as well as collecting trash and cleaning public spaces throughout the city. SARA and DEL have volunteered to clean up after the

February 28, 2021
Page 2

Portland riots. DEL and BUCHI, a black man who was born and raised in Nigeria, have shared conversations about various subjects when the couples have been together. DEL has never been disrespectful or withdrawn around BUCHI. DEL has never made any disrespectful or disparaging comments about BUCHI to SARA outside BUCHI's presence, nor has DEL discouraged contact with BUCHI and BELLA.

SARA confirmed DEL is participating in mental health therapy through Benton County Health Department. SARA has seen definite improvement in DEL's understanding of and ability to deal with past family issues and having to survive alone at a young age. SARA describes DEL as a kind and compassionate person who is working hard to move forward in life.

Should DEL be released pending resolution of this case, SARA is willing to help DEL comply with any conditions imposed by the court and to appear at any scheduled meetings and court hearings.

End of ROI
C. Warness