# APPENDIX 8

# Letter of Acceptance of Responsibility

To whom it may concern,

I can only express my extreme regret and sense of shame for the incident I was involved in. I live with the choices I've made, knowing that there is no changing the past, but I try to learn and grow from it. Moving forward in life, no matter what happens in the future, I strive to become a better person every day. I have had my fair share of regrets in the past and I have no wish to add to them. I continue to work on myself so as to be a productive and professional member of society.

I have learned and grown from these events and strive to make myself better for having lived through them. I look at myself where I am now and am proud of the achievements I've had, the lessons I've learned, and the person I have become. It was not easy to get to the place I am now, but I'm grateful for progress I've made with my sobriety, employment, and mental health; with the help and support of my partner Sara, the community I live in, and my support team in general.

There is no way to change anything that has happened in the past, but I do my best to learn and grow from it. I have made many positive changes in my life over the last several years and continue to do so. I have set and reached many goals, and for the first time in my life I have a "5 Year Plan" with the steps to accomplish it. I now have a healthy support system that I can rely on for honest feedback and criticism.

I am truly sorry for the pain I have caused throughout my life; physical, mental, and emotional. I am disgusted by the fear I took part in creating. There is nothing that can excuse my actions, but I hope that I can show my remorse through living in a positive and healthy lifestyle. I know there is no magic phrase that will take away the pain and anxiety I caused, but I hope that my sincere remorse is a good start.

Sincerely,

*~Daniel Delbert Dorson*