Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL DORSON,<br><br>　　　　　Defendant. | NO. CR20-222 RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

　　Having considered the Government's Motion to Seal, and due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 185) is GRANTED.  The Government's Sentencing Memorandum and Exhibit A thereto shall remain sealed.

　　DATED this 27th day of January, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Daniel Delbert Dorson*, CR20-222 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970